## Pearl Street Neighborhood House, Inc. *v.* Waterbury Zoning Board of Appeals

The defendant's petition for certification for appeal from the Court of Common Pleas for the judicial district of Waterbury is denied.

*John D. Mahaney,* in support of the petition.

*Frederick W. Krug,* in opposition.

Submitted October 31—decided November 12, 1975